(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Middle District of North Carolina** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vandevere, Joseph C. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vandevere, Wendy P.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FKA Wendy M. Puckett** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-8143** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-0093** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1195 Earnahrdt Rd.**<br>**Salisbury, NC 28146** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1195 Earnahrdt Rd.**<br>**Salisbury, NC 28146** |
| County of Residence or of the<br>Principal Place of Business: **Rowan** | County of Residence or of the<br>Principal Place of Business: **Rowan** |
| Mailing Address of Debtor (if different from street address):<br>**c/o Avery Mitchel Correctional Facility**<br>**PO Box 608**<br>**Spruce Pine, NC 28777** | Mailing Address of Joint Debtor (if different from street address):<br>**same as above** |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | ■ Chapter 7          ☐ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br> Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments.<br> Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br> will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| (Official Form 1) (12/03) | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **FORM B1, Page 2**<br>  **Vandevere, Joseph C. Jr.**<br>  **Vandevere, Wendy P.** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Joseph C. Vandevere, Jr.**
Signature of Debtor  **Joseph C. Vandevere, Jr.**

X    **/s/ Wendy P. Vandevere**
Signature of Joint Debtor  **Wendy P. Vandevere**

Telephone Number (If not represented by attorney)

  **October 11, 2005**
Date

**Signature of Attorney**

X    **/s/ Robert F. McLaughlin**
Signature of Attorney for Debtor(s)
  **Robert F. McLaughlin 7875**
Printed Name of Attorney for Debtor(s)
  **Robert F. McLaughlin, Attorney at Law**
Firm Name
  **122 N. Ellis St.**
  **Salisbury, NC 28144**
Address
  **(704) 633-2020  Fax: (704) 633-4053**
Telephone Number
  **October 11, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual
whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Robert F. McLaughlin**          **October 11, 2005**
Signature of Attorney for Debtor(s)      Date
  **Robert F. McLaughlin 7875**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Joseph C. Vandevere, Jr.,**
       **Wendy P. Vandevere**

Case No. _____

Debtors    ,

Chapter       **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,865.00 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 86,592.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 998.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,556.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 2,865.00 | | |
| Total Liabilities | | | | 86,592.00 | |

In re    **Joseph C. Vandevere, Jr.,**             Case No. _____
          **Wendy P. Vandevere**

_____ ,
                                Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Joseph C. Vandevere, Jr.,**                           Case No. _____

          **Wendy P. Vandevere**

_____ ,

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | **H** | **0.00** |
| | | | **Cash on hand** | **W** | **0.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. # 1010122554148 Wachovia Bank** | **W** | **100.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen appliances** | **J** | **10.00** |
| | | | **China/silver** | **J** | **60.00** |
| | | | **Den Furniture** | **J** | **100.00** |
| | | | **Bedroom furniture** | **J** | **100.00** |
| | | | **Dining room furniture** | **J** | **75.00** |
| | | | **Television** | **J** | **100.00** |
| | | | **Stereo** | **J** | **20.00** |
| | | | **VCR** | **J** | **50.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |

Sub-Total >      **615.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Joseph C. Vandevere, Jr.,**                 Case No. _____
              **Wendy P. Vandevere**

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.   Wearing apparel. | | **Clothing** | **H** | **150.00** |
| | | **Clothing** | **W** | **100.00** |
| 7.   Furs and jewelry. | | **Jewelry** | **W** | **1,000.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | **28.6461 shares - UPS stock** | **W** | **Unknown** |
| 13.   Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.   Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15.   Accounts receivable. | X | | | |
| 16.   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.   Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **1,250.00**
(Total of this page)

Sheet  \_\_1\_\_  of  \_\_3\_\_  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re    **Joseph C. Vandevere, Jr.,**                                    Case No. _____
         **Wendy P. Vandevere**

_____,
                              Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1990 Pontiac Bonneville (230K miles)** | **W** | **1,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >                    **1,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Joseph C. Vandevere, Jr.,**                                Case No. _____
     **Wendy P. Vandevere**

_____,
                Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **2,865.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

91C *(4/05)*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Joseph C. Vandevere, Jr.**
      **Wendy P. Vandevere**

Debtor(s)

Case No.

Chapter   **7**

## DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS

I,   **Joseph C. Vandevere, Jr.**  , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(2)(A) and (B), the Laws of the State of North Carolina, and non-bankruptcy federal law.

1.     **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1). Total net value not to exceed $10,000. Amount of the unused portion of the first $3,500 may be carried forward to be applied on other property claimed as exempt.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

                         (a) Total Net Value   $    **0.00**

                         Total Net Exemption   $    **0.00**

(b) Unused portion of first $3,500. (This amount, if any, may be used to claim an exemption in any property owned by the debtor.)   $    **3,500.00**

2.     **MOTOR VEHICLE.** (NCGS 1C-1601(A)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $1,500 plus any portion desired for use from paragraph 1 (b) above.)

| Model, Year Style of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(a) Statutory allowance   $    1,500

(b) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)   $

                Total Net Exemption   $    **0.00**

3.     **TOOLS OF TRADE OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by Debtor or Debtor's dependent. Total net value of all items claimed as exempt not to exceed $750.00.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(a) Statutory allowance   $    750

(b) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)   $

                Total Net Exemption   $    **0.00**

4.     **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4). Debtor's total net value not to exceed $3,500 plus $750 for each dependent, but not to exceed $3,000 total for all dependents.)

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Bedroom furniture | 100.00 | | | 100.00 |
| China/silver | 60.00 | | | 60.00 |
| Clothing | 150.00 | | | 150.00 |

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Den Furniture | 100.00 | | | 100.00 |
| Dining room furniture | 75.00 | | | 75.00 |
| Kitchen appliances | 10.00 | | | 10.00 |
| Stereo | 20.00 | | | 20.00 |
| Television | 100.00 | | | 100.00 |
| VCR | 50.00 | | | 50.00 |

Total Net Value _____ 665.00

(a) Statutory allowance for debtor  $ _____ 3,500
(b) Statutory allowance for debtor's dependents: __2__ dependents at $750 each (not to exceed $3,000 for total dependents)  1,500.00
(c) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.)

Total Net Exemption _____ 407.00

5.   **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
**-NONE-**

6.   **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7). No limit on value of number of items.)

Description:
**-NONE-**

7.   **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

A. $ _____ **-NONE-** Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B. $ _____ **-NONE-** Compensation for death of person of whom debtor was dependent for support.

8.   **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9). No limit on number or amount.)

**Detailed Description**                  **Value**
**-NONE-**

9.   **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(A)(2). THE AMOUNT CLAIMED MAY NOT EXCEED THE REMAINING AMOUNT AVAILABLE UNDER PARAGRAPH 1 (b) WHICH HAS NOT BEEN USED FOR OTHER EXEMPTIONS.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Cash on hand | 0.00 | | | 0.00 |

(a) Total Net Value of property claimed in paragraph 9.  $ _____ 0.00
(b) Total amount available from paragraph 1 (b).  $ _____ 3,500.00
(c) Less amounts available under paragraph 1 (b) which was used in other paragraphs:
Paragraph 2 (b)  $ _____
Paragraph 3 (b)  $ _____
Paragraph 4 (c)  $ _____
Net Balance Available from paragraph 1 (b)  $ _____ 3,500.00
Total Net Exemption  $ _____

10.   **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

**-NONE-**

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                           $ _____ **0.00**

11.   **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

**-NONE-**

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                           $ _____ **0.00**

12.   **TENANCY BY THE ENTIRETY.**  The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(2)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT                      $ _____ **0.00**

13.   **THE FOLLOWING TANGIBLE PERSONAL PROPERTY WAS PURCHASED BY THE DEBTOR WITHIN 90 DAYS OF THE FILING OF THE BANKRUPTCY PETITION:**

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

None of the property listed in paragraph 11 has been included in this Request for Exempt Property.  (Tangible personal property purchased within 90 days of the filing of the petition cannot be exempted.)

14.   **DESCRIBE BELOW ANY 401(K) PLANS, PENSION PLANS, PROFIT SHARING PLANS, ETC., IN WHICH THE DEBTOR HAS AN INTEREST WHICH ARE NOT LISTED IN DEBTOR'S SCHEDULES OR STATEMENT OF FINANCIAL AFFAIRS OR IN ANY PRECEDING PARAGRAPH OF THIS FORM.**

| Detailed Description | Value |
|---|---|
| **-NONE-** | |

DATE   **October 3, 2005** _____        **/s/ Joseph C. Vandevere, Jr.** _____
                                                                    **Joseph C. Vandevere, Jr.**
                                                                    Debtor

# United States Bankruptcy Court
## Middle District of North Carolina

| | | |
|---|---|---|
| In re | Joseph C. Vandevere, Jr. | Case No. |
| | Wendy P. Vandevere | |
| | Debtor(s) | Chapter    **7** |

## DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS

I, **Wendy P. Vandevere**, the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(2)(A) and (B), the Laws of the State of North Carolina, and non-bankruptcy federal law.

1.   **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1).  Total net value not to exceed $10,000.  Amount of the unused portion of the first $3,500 may be carried forward to be applied on other property claimed as exempt.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

|  |  |  |
|---|---|---|
| (a) Total Net Value | $ | 0.00 |
| Total Net Exemption | $ | 0.00 |
| (b) Unused portion of first $3,500.  (This amount, if any, may be used to claim an exemption in any property owned by the debtor.) | $ | 3,500.00 |

2.   **MOTOR VEHICLE.** (NCGS 1C-1601(A)(3).  Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $1,500 plus any portion desired for use from paragraph 1 (b) above.)

| Model, Year Style of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 1990 Pontiac Bonneville (230K miles) | 1,000.00 | | | 1,000.00 |

|  |  |  |
|---|---|---|
| (a) Statutory allowance | $ | 1,500 |
| (b) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | $ | |
| Total Net Exemption | $ | **1,000.00** |

3.   **TOOLS OF TRADE OR PROFESSIONAL BOOKS.**  (NCGS 1C-1601(a)(5).  Used  by Debtor or Debtor's dependent.  Total net value of all items claimed as exempt not to exceed $750.00.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

|  |  |  |
|---|---|---|
| (a) Statutory allowance | $ | 750 |
| (b) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | $ | |
| Total Net Exemption | $ | **0.00** |

4.   **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's total net value not to exceed $3,500 plus $750 for each dependent, but not to exceed $3,000 total for all dependents.)

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Bedroom furniture | 100.00 | | | 100.00 |
| China/silver | 60.00 | | | 60.00 |
| Clothing | 100.00 | | | 100.00 |

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Den Furniture | 100.00 | | | 100.00 |
| Dining room furniture | 75.00 | | | 75.00 |
| Jewelry | 1,000.00 | | | 1,000.00 |
| Kitchen appliances | 10.00 | | | 10.00 |
| Stereo | 20.00 | | | 20.00 |
| Television | 100.00 | | | 100.00 |
| VCR | 50.00 | | | 50.00 |

Total Net Value _____ **1,615.00**

(a) Statutory allowance for debtor                                      $ _____ 3,500

(b) Statutory allowance for debtor's dependents: __2__ dependents at $750 each (not to exceed $3,000 for total dependents)                                      _____ **1,500.00**

(c) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)                              _____

Total Net Exemption _____ **1,358.00**

5.    **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
**-NONE-**

6.    **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7).  No limit on value of number of items.)

Description:
**-NONE-**

7.    **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8).  No limit on number or amount.)

A. $ _____ **-NONE-**  Compensation for personal injury to debtor or to person whom debtor was dependent for support.

B. $ _____ **-NONE-**  Compensation for death of person of whom debtor was dependent for support.

8.    **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.**  (NCGS 1C-1601(a)(9).  No limit on number or amount.)

| Detailed Description | Value |
|---|---|
| **-NONE-** | |

9.    **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.**  (NCGS 1C-1601(A)(2).  THE AMOUNT CLAIMED MAY NOT EXCEED THE REMAINING AMOUNT AVAILABLE UNDER PARAGRAPH 1 (b) WHICH HAS NOT BEEN USED FOR OTHER EXEMPTIONS.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 28.6461 shares - UPS stock | unknown | | | unknown |
| Checking Acct. # 1010122554148 Wachovia Bank | 100.00 | | | 100.00 |

(a) Total Net Value of property claimed in paragraph 9.                          $ _____ **100.00**

(b) Total amount available from paragraph 1 (b).                          $ _____ **3,500.00**

(c) Less amounts available under paragraph 1 (b) which was used in other paragraphs:

Paragraph 2 (b)                    $ _____
Paragraph 3 (b)                    $ _____
Paragraph 4 (c)                    $ _____

|  | | |
|---|---|---|
| Net Balance Available from paragraph 1 (b) | $ | 3,500.00 |
| Total Net Exemption | $ | 100.00 |

10.    **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

-NONE-

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                  $                        0.00

11.    **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

-NONE-

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                  $                        0.00

12.    **TENANCY BY THE ENTIRETY.**  The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(2)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT                  $                        0.00

13.    **THE FOLLOWING TANGIBLE PERSONAL PROPERTY WAS PURCHASED BY THE DEBTOR WITHIN 90 DAYS OF THE FILING OF THE BANKRUPTCY PETITION:**

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

**None of the property listed in paragraph 11 has been included in this Request for Exempt Property.  (Tangible personal property purchased within 90 days of the filing of the petition cannot be exempted.)**

14.    **DESCRIBE BELOW ANY 401(K) PLANS, PENSION PLANS, PROFIT SHARING PLANS, ETC., IN WHICH THE DEBTOR HAS AN INTEREST WHICH ARE NOT LISTED IN DEBTOR'S SCHEDULES OR STATEMENT OF FINANCIAL AFFAIRS OR IN ANY PRECEDING PARAGRAPH OF THIS FORM.**

Detailed Description                                                                      Value
-NONE-

DATE   **October 3, 2005**                          **/s/ Wendy P. Vandevere**
                                                   **Wendy P. Vandevere**
                                                   Joint Debtor

Form B6D
(12/03)

In re     **Joseph C. Vandevere, Jr.,**                                   Case No. _____
          **Wendy P. Vandevere**
_____ ,
                              Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6E
(04/05)

In re  **Joseph C. Vandevere, Jr.,**                                   Case No. _____
       **Wendy P. Vandevere**
_____ ,
                                        Debtors
## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    ___0___  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F
(12/03)

In re    **Joseph C. Vandevere, Jr.,**                                    Case No. _____
         **Wendy P. Vandevere**
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **11115999** | | | | Telephone services rendered | | | | |
| **Alltel Communications**<br>**4704C South Blvd.**<br>**Charlotte, NC 28217** | | H | | | | | | 955.00 |
| Account No. **168FY00073** | | | | | | | | |
| **Asset Acceptance, LLC**<br>**7027 Miller Rd.**<br>**Warren, MI 48092** | | J | | | | | | 2,768.00 |
| Account No. **0231600106H** | | | | Medical services rendered 11/02 | | | | |
| **Behavioral Health Center**<br>**501 Billingsly Rd.**<br>**Charlotte, NC 28211** | | W | | | | | | 47.00 |
| Account No. **805DC00061** | | | | Revolving credit acct.<br>Last charge: > 6 months ago | | | | |
| **Belk**<br>**PO Box 190080**<br>**Charlotte, NC 28219-0080** | | J | | | | | | 900.00 |
| __10__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | 4,670.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:26872-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Joseph C. Vandevere, Jr.,**                                    Case No. _____
       **Wendy P. Vandevere**
_____ ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7045231743587** <br><br> **BellSouth** <br> **PO Box 972** <br> **Brookfield, WI 53008-0972** | | H | | **Past due telephone bill** | | | | **489.00** |
| Account No. **008337911** <br><br> **BellSouth** <br> **PO Box 1262** <br> **Charlotte, NC 28201-1262** | | H | | **Past due telephone bill** | | | | **489.00** |
| Account No. **008602909** <br><br> **Blockbuster** <br> **Daleco Adjustment Services** <br> **1506 Adair Ave.** <br> **Chattanooga, TN 37412** | | W | | **Video services** | | | | **34.00** |
| Account No. **584842249** <br><br> **Capital Management Services, Inc.** <br> **726 Exchange St., Ste. 700** <br> **Buffalo, NY 14210** | | H | | **Revolving credit account** <br> **Last charge:  > 6 months ago** | | | | **8,933.00** |
| Account No. **850BB01498** <br><br> **Capital One** <br> **PO Box 85015** <br> **Richmond, VA 23285-5075** | | J | | **Revolving credit acct.** <br> **Last charge:** | | | | **1,951.00** |

Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal          **11,896.00**
                                                (Total of this page)

Form B6F - Cont.
(12/03)

In re    **Joseph C. Vandevere, Jr.,**                                        Case No. _____
         **Wendy P. Vandevere**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Carolina Hand Center**<br>**1928 Randolph Rd., Ste. 208**<br>**Charlotte, NC 28207** | | H | Medical services rendered 2004 | | | | 2,484.00 |
| Account No. **S0428800160** <br><br>**Carolinas Medical Center**<br>**Mercy Hospital**<br>**PO Box 32861**<br>**Charlotte, NC 28232-2861** | | H | Medical services rendered in 2004 | | | | 869.00 |
| Account No. **483332** <br><br>**Certified Recovery Systems**<br>**6161 Savoy Dr., Ste. 600**<br>**Houston, TX 77036** | | J | Collection agency for Preferred Cash | | | | 410.00 |
| Account No. **4260N00408** <br><br>**Chase Manhattan Bank**<br>**4915 Independence Pkwy.**<br>**Tampa, FL 33634** | | J | Revolving credit acct.<br>Last charge: > 6 months ago | | | | 3,342.00 |
| Account No. **906BB00040** <br><br>**Citi Cards**<br>**c/o CBS DNA**<br>**PO BOx 6500**<br>**Sioux Falls, SD 57117-6500** | | J | Revolving credit acct.<br>Last charge: > 6 months ago | | | | 9,827.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,932.00

Form B6F - Cont.
(12/03)

In re    **Joseph C. Vandevere, Jr.,**
       **Wendy P. Vandevere**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **3216017** <br><br> **City of Charlotte** <br> **600 E. 4th St.** <br> **Charlotte, NC 28202** | | H | | | **Utility bill** | | | | **62.00** |
| Account No. <br><br> **Credit Bureau** <br> **PO Box 26140** <br> **Greensboro, NC 27402** | | J | | | **NOTICE ONLY** | | | | **0.00** |
| Account No. **735644986** <br><br> **Credit Protection Assoc.** <br> **1355 Noel Rd., Ste. 2100** <br> **Dallas, TX 75240** | | J | | | **Collection agency for Hollywood Video** | | | | **141.00** |
| Account No. **46DO** <br><br> **Credit Service Company** <br> **PO BOx 20475** <br> **Billings, MT 59104** | | J | | | **Collection agency for Rimrock West Apts.** | | | | **897.00** |
| Account No. **190BB09550** <br><br> **Direct Merchants Bank CC** <br> **Kierland One** <br> **16430 N. Scottsdale Rd.** <br> **Scottsdale, AZ 85254** | | J | | | **Revolving credit acct.** <br> **Last charge: > 6 months ago** | | | | **5,694.00** |

Sheet no. __**3**___ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,794.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Joseph C. Vandevere, Jr.,**                                    Case No. _____
         **Wendy P. Vandevere**
_____ ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **6680NO8302** | | | | | **Collection agency for credit card debt** | | | | |
| **Elan Financial Services**<br>**PO Box 108**<br>**CB Disputes**<br>**Saint Louis, MO 63166** | | | | J | | | | | **7,682.00** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Employment Security Commission**<br>**PO Box 26504**<br>**Raleigh, NC 27611** | | | | J | | | | | **0.00** |
| Account No. | | | | | **Overdraft** | | | | |
| **First Charter Bank**<br>**1625 E. Woodlawn Rd.**<br>**Charlotte, NC 28209** | | | W | | | | | | **613.00** |
| Account No. **616ONO5498** | | | | | **Revolving credit acct.**<br>**Last charge: > 6 months ago** | | | | |
| **First Premier**<br>**900 Delaware S-7**<br>**Sioux Falls, SD 57104** | | | | J | | | | | **473.00** |
| Account No. **513800715537** | | | | | **Revolving credit acct.**<br>**Last charge: > 6 months ago** | | | | |
| **First Premier Bank**<br>**601 S. Minnesota Ave.**<br>**Sioux Falls, SD 57104** | | | | J | | | | | **473.00** |

Sheet no. __**4**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,241.00**

Form B6F - Cont.
(12/03)

In re    **Joseph C. Vandevere, Jr.,**                                Case No. _____
          **Wendy P. Vandevere**

_____ ,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1885871** | | | | Magazine subscription | | | | |
| **Highlights for Children**<br>**PO BOx 269**<br>**Columbus, OH 43216-0269** | | H | | | | | | |
| | | | | | | | | **26.00** |
| Account No. **C76566984750** | | | | Revolving credit acct.<br>Last charge: > 6 months ago | | | | |
| **Home Shopping Network**<br>**PO Box 305249**<br>**Nashville, TN 37230** | | W | | | | | | |
| | | | | | | | | **127.00** |
| Account No. **13120002050609551** | | | | Revolving credit acct.<br>Last charge: > 6 months ago | | | | |
| **Juniper Bank**<br>**100 S. West St.**<br>**Wilmington, DE 19801** | | W | | | | | | |
| | | | | | | | | **2,402.00** |
| Account No. **NCC0738526** | | | | Purchase on account | | | | |
| **Knowles Dept. Store**<br>**9579 South Blvd.**<br>**Pineville, NC 28134** | | W | | | | | | |
| | | | | | | | | **275.00** |
| Account No. **41425975; 41647851** | | | | Medical services rendered in 1/2005 | | | | |
| **LabCorp**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | H | | | | | | |
| | | | | | | | | **478.00** |

Sheet no. __**5**___ of __**10**__ sheets attached to Schedule of                              Subtotal              | **3,308.00** |
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Joseph C. Vandevere, Jr.,**　　　　　　　　　　　　　Case No. _____
**Wendy P. Vandevere**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **435600174** <br><br> **Mercy Ed** <br> **PO Box 37905** <br> **Charlotte, NC 28237-7905** | | H | Medical services rendered 12/04 | | | | 293.00 |
| Account No. **334600182** <br><br> **Mercy Hospital** <br> **2001 Vail Ave.** <br> **Charlotte, NC 28207** | | H | Medical services rendered in 2003 | | | | 1,532.00 |
| Account No. **832 476 1740** <br><br> **Metis Bank** <br> **c/o Avante USA** <br> **2950 South Gessner Rd., Ste. 265** <br> **ATTN: Jeremy Moss** <br> **Houston, TX 77063** | | W | Revolving credit account | | | | 5,893.00 |
| Account No. **140634** <br><br> **MRA** <br> **PO Box 221249** <br> **Charlotte, NC 28222-1249** | | W | Unknown | | | | 91.00 |
| Account No. **431196601906** <br><br> **National City Card Services** <br> **PO Box 1820** <br> **Dayton, OH 45401** | | J | Revolving credit acct. <br> Last charge: > 6 months ago | | | | 3,190.00 |

Sheet no. __6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,999.00

Form B6F - Cont.
(12/03)

In re    **Joseph C. Vandevere, Jr.,**                                        Case No. _____
       **Wendy P. Vandevere**
_____,
                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **433897XXXX** <br><br> **National City Mortgage** <br> **PO Box 1820** <br> **Dayton, OH 45401** | | J | | | | | **Unknown** |
| Account No. **372CG00851** <br><br> **Newport News** <br> **PO Box 659705** <br> **San Antonio, TX 78265-9705** | | J | Revolving credit account <br> Last charge: > 6 months ago | | | | **352.00** |
| Account No. **00355034324231533** <br><br> **Nuvell** <br> **PO Box 242627** <br> **Little Rock, AR 72223-0029** | | H | Deficiency claim on respossessed vehicle | | | | **7,025.00** |
| Account No. **000311693691** <br><br> **Presbyterian Hospital** <br> **PO BOx 65522** <br> **Charlotte, NC 28265-5522** | | W | Medical services rendered | | | | **837.00** |
| Account No. **A19038985** <br><br> **Presbytherian Pathology** <br> **200 Hawthorne Ln.** <br> **Charlotte, NC 28204** | | W | Medical services rendered | | | | **45.00** |

Sheet no. __**7**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal        | **8,259.00** |
                                 (Total of this page)

Form B6F - Cont.
(12/03)

In re   **Joseph C. Vandevere, Jr.,**
        **Wendy P. Vandevere**                                    Case No. _____

_____ ,
                                  Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | |
| **Rowan County Tax Collector** 402 N. Main St. Salisbury, NC 28144 | | J | | | | | 0.00 |
| Account No. **906BB05627** | | | **Revolving credit acct.** **Last charge: > 6 months ago** | | | | |
| **Sears** 7920 NW 110th St. Kansas City, MO 64153-1270 | | J | | | | | **Unknown** |
| Account No. **833YC38114** | | | **Pay day loan** | | | | |
| **Security Check** 1733 University Ave., South #4 Oxford, MS 38655 | | J | | | | | **Unknown** |
| Account No. **4869** | | | **Revolving credit acct.** **Last charge: > 6 months ago** | | | | |
| **Shop NBC** 220 West Schrock Rd. Westerville, OH 43081 | | W | | | | | **2,720.00** |
| Account No. **5028357** | | | **Medical services rendered 3/31/05** | | | | |
| **Southwest Anesthesiology Consultants** PO Box 36351 Charlotte, NC 28236 | | W | | | | | **538.00** |

Sheet no. __**8**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **3,258.00**

Form B6F - Cont.
(12/03)

In re    **Joseph C. Vandevere, Jr.,**                                              Case No. _____
         **Wendy P. Vandevere**

                                                                    ,
                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 1110541178 **The Belk Center, Inc. PO Box 1099 Charlotte, NC 28201-1099** | | | W | | Revolving credit acct. Last charge: > 6 months ago | | | | 900.00 |
| Account No. 4190-0403-3584-5044 **US Bank c/o ER Solution, Inc. PO Box 9004 Renton, WA 98057** | | | W | | Revolving credit acct. Last charge: > 6 months ago | | | | 7,100.00 |
| Account No. 0009050313177900001 **Verizon Wireless 4553 Winters Chapel Rd. Atlanta, GA 30360** | | | W | | Cellular telephone services | | | | 419.00 |
| Account No. 501060414119649 **Wachovia PO Box 13765 Roanoke, VA 24037-3765** | | | W | | Revolving credit acct. Last charge: > 6 months ago | | | | 357.00 |
| Account No. 155YC01440 **Wexler & Wexler 500 W. Madison St., Ste. 2910 Chicago, IL 60661** | | | W | | | | | | 57.00 |

Sheet no. __9___ of __10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **8,833.00**

Form B6F - Cont.
(12/03)

In re  **Joseph C. Vandevere, Jr.,**
       **Wendy P. Vandevere**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **005856373380120332** | | | Revolving credit acct.<br>Last charge: > 6 months ago | | | | |
| **World Financial Network National Bank**<br>**c/o Nations Recovery Ctr., Inc.**<br>**PO Box 48719**<br>**Atlanta, GA 30362-1719** | | W | | | | | **2,402.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,402.00**

Total
(Report on Summary of Schedules)    **86,592.00**

In re    **Joseph C. Vandevere, Jr.,**                    Case No. _____
           **Wendy P. Vandevere**

_____,
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         

In re    **Joseph C. Vandevere, Jr.,**                                Case No. _____

              **Wendy P. Vandevere**

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

   **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6I
(12/03)

In re    **Joseph C. Vandevere, Jr.**
      **Wendy P. Vandevere**                        Case No. _____
                                          Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | Son | 2 |
| | Son | 4 |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Store receiver** |
| Name of Employer | **unemployed (imprisoned)** | **JC Penney** |
| How long employed | | **Just started** |
| Address of Employer | | **Statesville Blvd.** **Salisbury, NC 28147** |

| INCOME:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 1,115.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 1,115.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 223.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 223.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 892.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) **Social Security Disability** | $ 106.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | | |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 106.00 | $ 892.00 |

TOTAL COMBINED MONTHLY INCOME     $ _____ **998.00**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
      **NOTE:  Gross wages are based on 35 hrs./wk. @ $7.35/hr.**
      **NOTE:  Payroll taxes and social security deductions are estimated at 20%**

In re    **Joseph C. Vandevere, Jr.**
        **Wendy P. Vandevere**                 Case No. _____
                            Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 600.00 |
| Are real estate taxes included?        Yes ____     No **X** | | |
| Is property insurance included?        Yes ____     No **X** | | |
| Utilities:    Electricity and heating fuel | $ | 133.00 |
|           Water and sewer | $ | 43.00 |
|           Telephone | $ | 40.00 |
|           Other   **Trash pick-up** | $ | 15.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 100.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 180.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|           Homeowner's or renter's | $ | 0.00 |
|           Life | $ | 0.00 |
|           Health | $ | 0.00 |
|           Auto | $ | 35.00 |
|           Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|           Auto | $ | 0.00 |
|           Other | $ | 0.00 |
|           Other | $ | 0.00 |
|           Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Day care** | $ | 80.00 |
| Other | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,556.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|                         (interval) | | |

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Joseph C. Vandevere, Jr.**
**Wendy P. Vandevere**            Case No. _____

                       Debtor(s)       Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **29** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 11, 2005** _____      Signature    **/s/ Joseph C. Vandevere, Jr.** _____
                                             **Joseph C. Vandevere, Jr.**
                                             Debtor

Date   **October 11, 2005** _____      Signature    **/s/ Wendy P. Vandevere** _____
                                             **Wendy P. Vandevere**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Joseph C. Vandevere, Jr.**
**Wendy P. Vandevere**                              Case No. _____

                                     Debtor(s)             Chapter    **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $0.00 | **Husband - 2005 (to date)** |
| $14,331.00 | **Husband - 2004 - wages - Southern Cabinet; Trott-Ramarion, Inc.** |
| $20,559.00 | **Husband - 2003 - wages - Southern Cabinet** |
| $0.00 | **Wife - 2005 (to date) - wages** |
| $239.00 | **Wife - 2004 - wages - UPS; Trott-Ramarion, Inc.** |
| $8,132.00 | **Wife - 2003 - wages - Broodspire National Services** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,060.00** | **Husband - 2005 (to date) - SS Disability** |
| **$333.00** | **Wife - 2005 - Work First** |
| **$0.00** | **Indeterminate amount in Medicaid and WIC benefits** |

**3. Payments to creditors**

None
■

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nuvell**<br>**PO Box 242627**<br>**Little Rock, AR 72223-0029** | **3/05** | **2000 Nissan Quest** |

3

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
■
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1150 Providence Church Rd. Salisbury, NC  28146** | **Joseph C. Vandevere, Jr. and Wendy P. Vandevere** | **12/04 - 06/05** |
| **5301 Furman Place Charlotte, NC  28210** | **Joseph C. Vandevere, Jr. and Wendy P. Vandevere** | **12/02 - 12/04** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                   ADDRESS                                   DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                    ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                  INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                       (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                            NATURE AND PERCENTAGE
                                                                        OF STOCK OWNERSHIP

7

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 11, 2005**                     Signature  **/s/ Joseph C. Vandevere, Jr.**

**Joseph C. Vandevere, Jr.**
Debtor

Date  **October 11, 2005**                     Signature  **/s/ Wendy P. Vandevere**

**Wendy P. Vandevere**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Joseph C. Vandevere, Jr.**
       **Wendy P. Vandevere**                             Case No. _____
                                     Debtor(s)                Chapter      **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

**Description of Property**                                 **Creditor's name**
**-NONE-**

     *b. Property to Be Retained*                            *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **-NONE-** | | | | |

Date   **October 11, 2005**                Signature    **/s/ Joseph C. Vandevere, Jr.**
                                                      **Joseph C. Vandevere, Jr.**
                                                      Debtor

Date   **October 11, 2005**                Signature    **/s/ Wendy P. Vandevere**
                                                      **Wendy P. Vandevere**
                                                      Joint Debtor

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Joseph C. Vandevere, Jr.**
      **Wendy P. Vandevere**                                        Case No. _____

                                             Debtor(s)            Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept............................................................ | $ | **1,300.00** |
| Prior to the filing of this statement I have received............................................... | $ | **1,300.00** |
| Balance Due........................................................................................................... | $ | **0.00** |

2.   $  **209.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 11, 2005** _____      **/s/ Robert F. McLaughlin** _____
                                                  **Robert F. McLaughlin 7875**
                                                  **Robert F. McLaughlin, Attorney at Law**
                                                  **122 N. Ellis St.**
                                                  **Salisbury, NC 28144**
                                                  **(704) 633-2020  Fax: (704) 633-4053**

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Joseph C. Vandevere, Jr.**
        **Wendy P. Vandevere**

                          Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **October 11, 2005**        **/s/ Joseph C. Vandevere, Jr.**
                                           **Joseph C. Vandevere, Jr.**
                                         Signature of Debtor

Date:  **October 11, 2005**        **/s/ Wendy P. Vandevere**
                                         **Wendy P. Vandevere**
                                         Signature of Debtor

```
Absolute Collection
421 Fayetteville St. Mall, Ste. 600
Raleigh, NC 27601


Absolute Collection Services
421 Fayetteville St. Mall, Ste. 600
Raleigh, NC 27601


Alltel Communications
4704C South Blvd.
Charlotte, NC 28217


Asset Acceptance, LLC
7027 Miller Rd.
Warren, MI 48092


Behavioral Health Center
501 Billingsly Rd.
Charlotte, NC 28211


Belk
PO Box 190080
Charlotte, NC 28219-0080


BellSouth
PO Box 972
Brookfield, WI 53008-0972


BellSouth
PO Box 1262
Charlotte, NC 28201-1262


Blockbuster
Daleco Adjustment Services
1506 Adair Ave.
Chattanooga, TN 37412


Capital Management Services, Inc.
726 Exchange St., Ste. 700
Buffalo, NY 14210


Capital One
PO Box 85015
Richmond, VA 23285-5075
```

Carolina Hand Center
1928 Randolph Rd., Ste. 208
Charlotte, NC 28207


Carolinas Medical Center
Mercy Hospital
PO Box 32861
Charlotte, NC 28232-2861


CB USA Sears
8725 W. Sahara Ave.
The Lakes, NV 89163


Certified Recovery Systems
6161 Savoy Dr., Ste. 600
Houston, TX 77036


Chase Manhattan Bank
4915 Independence Pkwy.
Tampa, FL 33634


Citi Cards
c/o CBS DNA
PO BOx 6500
Sioux Falls, SD 57117-6500


City of Charlotte
600 E. 4th St.
Charlotte, NC 28202


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047


CMC Pineville
PO Box 96072
Charlotte, NC 28296-0072


Collections Service Board
500 James Robertson Pkwy.
Nashville, TN 37243


CPS Security
PO Box 23037
Corpus Christi, TX 78403

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Credit Protection Assoc.
1355 Noel Rd., Ste. 2100
Dallas, TX 75240


Credit Service Company
PO BOx 20475
Billings, MT 59104


Direct Merchants Bank CC
Kierland One
16430 N. Scottsdale Rd.
Scottsdale, AZ 85254


Elan Financial Services
PO Box 108
CB Disputes
Saint Louis, MO 63166


Employment Security Commission
PO Box 26504
Raleigh, NC 27611


First Charter Bank
1625 E. Woodlawn Rd.
Charlotte, NC 28209


First Premier
900 Delaware S-7
Sioux Falls, SD 57104


First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104


Franklin Collection Service, Inc.
PO Box 3910
Tupelo, MS 38803-3910


Highlights for Children
PO BOx 269
Columbus, OH 43216-0269

```
Home Shopping Network
PO Box 305249
Nashville, TN 37230


Juniper Bank
100 S. West St.
Wilmington, DE 19801


Knowles Dept. Store
9579 South Blvd.
Pineville, NC 28134


LabCorp
PO Box 2240
Burlington, NC 27216


LDG Financial Services, LLC
4553 Winters Chapel Rd.
Atlanta, GA 30360


Medical Data Systems
645 Walnut St., Ste.5
Gadsden, AL 35901


Medical Revenue Services
645 Walnut St., Ste. 5
Gadsden, AL 35902


Mercy Ed
PO Box 37905
Charlotte, NC 28237-7905


Mercy Hospital
2001 Vail Ave.
Charlotte, NC 28207


Metis Bank
c/o Avante USA
2950 South Gessner Rd., Ste. 265
ATTN:  Jeremy Moss
Houston, TX 77063


MRA
PO Box 221249
Charlotte, NC 28222-1249
```

National City Card Services
PO Box 1820
Dayton, OH 45401


National City Mortgage
PO Box 1820
Dayton, OH 45401


Newport News
PO Box 659705
San Antonio, TX 78265-9705


Nuvell
PO Box 242627
Little Rock, AR 72223-0029


OSI Collection
2005 Executive Dr.
Brookfield, WI 53008-0933


P. Scott Lowery, PC
Attorneys at Law
10375 East Harvard Ave., Ste. 410
Denver, CO 80231


Palmer Reifler & Assoc., PA
PO Box 607774
Orlando, FL 32860-7774


Plaza Recovery Associates
PO Box 2769
New York, NY 10116-2769


Presbyterian Hospital
PO BOx 65522
Charlotte, NC 28265-5522


Presbytherian Pathology
200 Hawthorne Ln.
Charlotte, NC 28204


Professional Recovery
PO Box 51187
Durham, NC 27717-1187

Professional Recovery Consultants
2700 Meridian Pkwy., Ste. 200
Durham, NC 27713-3204


Professional Recovery Consultants, Inc.
2700 Meridian Pkwy., Ste. 200
Durham, NC 27713-2204


Rowan County Tax Collector
402 N. Main St.
Salisbury, NC 28144


Sears
7920 NW 110th St.
Kansas City, MO 64153-1270


Security Check
1733 University Ave., South #4
Oxford, MS 38655


Shop NBC
220 West Schrock Rd.
Westerville, OH 43081


Southwest Anesthesiology Consultants
PO Box 36351
Charlotte, NC 28236


Superior Asset Management
PO Box 5789
Clearwater, FL 33758-5789


The Belk Center, Inc.
PO Box 1099
Charlotte, NC 28201-1099


Transworld Systems
8801 JM Keynes Dr., #300
Charlotte, NC 28262


US Bank
c/o ER Solution, Inc.
PO Box 9004
Renton, WA 98057

```
Verizon Wireless
4553 Winters Chapel Rd.
Atlanta, GA 30360

Wachovia
PO Box 13765
Roanoke, VA 24037-3765

Wexler & Wexler
500 W. Madison St., Ste. 2910
Chicago, IL 60661

World Financial Network National Bank
c/o Nations Recovery Ctr., Inc.
PO Box 48719
Atlanta, GA 30362-1719
```